# SEALED MATTER

**FILED**
JUL 27 2007
CLERK'S OFFICE
DETROIT

CASE NUMBER    07-50673

DEFENDANT NO    _____

CASE TYPE    ____ CR    ____ CV    _X_ X

____ MW    ____ PO    ____ MJ

DISTRICT JUDGE    LAWSON

SIGNED BY
JUDICIAL OFFICER    MAJZOUB

NEW CASE    _X_ YES    ____ NO

## DOCUMENT PLACED IN VAULT
TIME STAMP IN THIS BLANK AREA